IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT NORTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Christian Daniel Soria | ) | Case #15-50881C-13 |
| Belkis Alexandra Soria | ) | |
|     Debtor(s) | ) | |

OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE
AND FOR ATTORNEY FEES

COME the Debtors through counsel and hereby objects to Notice of Mortgage Payment Change ("Notice") on claim number 5 (Standing Trustee's claim numbers 1 and 85) filed by North Carolina Housing Finance ("Creditor") in Debtors' Chapter 13 plan and would respectfully show the following:

1.   On June 28, 2018, Creditor filed a Notice of Mortgage Payment Change indicating the mortgage payment was increasing from $716.12 to $814.57 due to increased escrow requirements.

2.   Debtors do not believe there has been enough of an increase in property taxes or the insurance premium to warrant such a significant increase.

3.   Debtors' counsel has expended time working with the Debtor and preparing this objection.

THEREFORE, the Debtor(s) request

1.   That the increase in monthly mortgage payments not be allowed.

2.   That Debtors' counsel be awarded attorney fees in the amount of $350.00, the presumptive fee for work involved with an objection to mortgage claim.

This 11th day of July, 2018.

/s/ Wendell "Wes" Schollander, III
Wendell "Wes" Schollander, III, NCSB #28062
Schollander Law Offices, 336-727-0900
2000 W. First Street, Suite 308
Winston-Salem, NC  27104

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT NORTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Christian Daniel Soria | ) | Case #15-50881C-13 |
| Belkis Alexandra Soria | ) | |
| Debtor(s) | ) | |

CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date served the foregoing pleading upon all other parties to this cause by depositing a copy thereof in a postpaid wrapper in a post office or official depository under the exclusive care and custody of the United States Postal Service properly addressed as follows or by the court's electronic noticing service:

Christian and Belkis Soria
1635 Thompson Drive
Winston Salem NC 27127

North Carolina Housing Finance Agency
c/o SN Servicing Corporation
323 5th Street
Eureka CA 95501

North Carolina Housing Finance Agency
Attn: Officer or Managing Agent
3508 Bush Street
Raleigh NC 27609

John W. Fletcher, III, Attorney
Henderson Nystrom Fletcher & Tydings PLLC
831 East Morehead St, Ste 255
Charlotte NC 28202

Kathryn L. Bringle, Standing Trustee
Chapter 13 Office
P.O. Box 2115
Winston-Salem, NC  27102

This 11th day of July, 2018.

/s/ Wendell "Wes" Schollander, III
Wendell "Wes" Schollander, III, NCSB #28062
Schollander Law Offices, 336-727-0900
2000 W. First Street, Suite 509
Winston-Salem, NC  27104